IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| John Fratus, | ) | No. cv-08-1500-PHX-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Officer Luna, et al., | ) | |
| DefendantS. | ) | |

Before the Court is Plaintiff's Motion for Clarification of Issue (Doc. 21). As per Document 18 in this action, Defendant Robertson need not respond in any manner to this Complaint prior to August 19, 2009. As per Document 17, Defendant Hayes was served as Officer Verna Lloren who is represented by attorney Diana Esquivel.

Accordingly,

**IT IS ORDERED** Plaintiff's Motion for Clarification is **GRANTED**.

DATED this 24th day of July, 2009.

Roslyn O. Silver
United States District Judge