IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus, | No. 08-CV-1500-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Sergeant Peterson, et al., | |
| Defendants. | |

On August 26, 2009, Defendants filed a motion to dismiss.  (Doc. 25)  The due dates for the response and reply are set forth below.

Accordingly,

**IT IS ORDERED** Plaintiff shall file his response to the motion to dismiss no later than September 25, 2009. Defendants' reply is due no later than eleven days after the filing of the response.

DATED this 27th day of August, 2009.

Roslyn O. Silver
United States District Judge