IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Sergeant Peterson, et. al.,  )<br>  )<br>    Defendants.  )<br>  )<br>_____ ) | No. CV-08-1500-ROS<br><br>**ORDER** |

Plaintiff is a prisoner in a California State Prison. According to the complaint, on July 12, 2006, Plaintiff was assaulted by various prison officers. Plaintiff filed a grievance on August 2, 2006. Because the grievance alleged staff misconduct, the informal and first-formal levels were bypassed. The second-level response was signed by the warden on October 5, 2006 and returned to Plaintiff "via institutional mail on 10/6/06." (Doc. 32 at 19). It is unclear when Plaintiff *received* the second-level response. If Plaintiff did not receive the response until October 9, his appeal submitted on October 29, 2006 was timely. *See* Cal. Cod. Regs., tit. 15 at 3084.6 (inmate must submit appeal "within 15 working days of receiving an unacceptable lower level appeal decision"). Defendants will be instructed to establish when Plaintiff received his second-level response. *Wyatt v. Terhune,* 315 F.3d 1108, 1119 (9th Cir. 2003) (defendants bear burden of proving absence of exhaustion).

Accordingly,

**IT IS ORDERED** Defendants shall file evidence establishing when Plaintiff received the second-level response. This evidence shall be filed no later than April 30, 2010.

DATED this 21st day of April, 2010.

_____
Roslyn O. Silver
United States District Judge