IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus, | No. CV-08-01500-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Sergeant Peterson, et al., | |
| Defendants. | |

The parties each seek an extension of the discovery deadline. In addition, Plaintiff seeks leave to conduct the deposition of Defendant Robertson and for the Court to order an independent medical exam of Plaintiff. The requested extension of the discovery deadline will be granted, but Plaintiff has not established a deposition is appropriate. Plaintiff may attempt to obtain the information he seeks by way of interrogatories or, if he wishes, he may file a motion explaining why interrogatories would be inadequate. *See* Fed. R. Civ. P. 33 (explaining procedure for issuing interrogatories to parties). Moreover, Plaintiff has not established the need for an independent medical exam.

Accordingly,

**IT IS ORDERED** the Motions for Extension of Time (Doc. 58, 61, 64) are **GRANTED**. The parties shall complete all discovery no later than January 3, 2011. The parties shall file their dispositive motions no later than February 8, 2011.

1      **IT IS FURTHER ORDERED** the Motion for Independent Medical Examination
2  (Doc. 63) is **DENIED**.
3      DATED this 7th day of December, 2010.

_____
Roslyn O. Silver
United States District Judge