IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus,<br><br>             Plaintiff,<br><br>vs.<br><br>Sergeant Peterson, et al.,<br><br>             Defendants. | No. CV-08-01500-ROS<br><br>**ORDER** |

On January 27, 2011, the Court ordered the parties to confer and attempt to resolve their discovery disputes. (Doc. 70). The parties did so and Defendants sent supplemental responses to Plaintiff's interrogatories. Plaintiff claims the supplemental responses remain "incomplete, vague, [and] evasive." (Doc. 75 at 3). Having reviewed the supplemental responses, Defendants have properly responded to Plaintiff's interrogatories. Plaintiff is not entitled to any further responses regarding his interrogatories.

Plaintiff seeks a thirty day extension of time in which to file his opposition to the motion for summary judgment. The extension will be granted.

Accordingly,

**IT IS ORDERED** the Motion to Order Defendants to Comply with Previous Court Order (Doc. 73) and Motion to Compel and Motion for Sanctions (Doc. 75) are **DENIED**.

1 **IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 77) is
2 **GRANTED**. Plaintiff shall file his opposition to the motion for summary judgment no later
3 than May 16, 2011.

4 DATED this 7th day of April, 2011.

_____
Roslyn O. Silver
Chief United States District Judge