IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Sergeant Peterson, et al.,<br><br>　　　　Defendants. | No. CV-08-01500-ROS<br><br>**ORDER** |

This case is ready for trial. Plaintiff has moved to reopen discovery and to amend his complaint. Both requests are untimely and will be denied. The Court will set the date for trial and the date for a status conference. At the status conference, the parties should be prepared to discuss the following: 1) whether Plaintiff's witnesses should appear in-person or through alternative means; 2) whether the parties are willing to stipulate to this trial occurring in Sacramento; and 3) how Plaintiff will provide the witness fees for his witnesses.

Accordingly,

**IT IS ORDERED** the Motion to Compel (Doc. 86) and Motion to Amend (Doc. 87) are **DENIED**.

**IT IS FURTHER ORDERED** a jury trial is set for **August 29, 2012 at 9:00 a.m.** at a location to be determined. Estimated length of trial is 2-3 days. A final pretrial conference will be conducted prior to jury selection.

**IT IS FURTHER ORDERED** a status conference is set for **July 6, 2012 at 1:30 p.m** Arizona time. Defense counsel shall arrange a conference call with Plaintiff and then call 602-322-7520 five minutes prior to the hearing.

**IT IS FURTHER ORDERED** no later than June 20, 2012 the parties shall file their motions in limine. Responses shall be filed no later than June 27, 2012. No replies are allowed.

**IT IS FURTHER ORDERED** no later than June 27, 2012 the parties shall file their Joint Proposed Pretrial Order using the form available on the Court's website, a stipulated proposed statement of the case to be read to the jurors at the start of the case, a set of joint proposed jury instructions, proposed voir dire questions, and a joint verdict form.

**IT IS FURTHER ORDERED** the joint proposed jury instructions shall consist of: a *joint* set of proposed jury instructions where the parties' instructions agree, a separate set of instructions (one for each party) where the parties do not agree, and legal authority supporting all proposed instructions whether the parties agree or not.

DATED this 31st day of May, 2012.

_____
Roslyn O. Silver
Chief United States District Judge