IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| John Fratus, | ) | No. CV-08-01500-ROS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Sergeant Peterson, et al., | ) | |
| Defendants. | ) | |

    Plaintiff has filed a motion for extension of time regarding the jury trial. The request for an extension will be granted, but Plaintiff's proposed date of September 27, 2012 is not possible based on the Court's calendar. The trial will be reset for January 7, 2013.

    **IT IS ORDERED** the Motion for Extension of Time (Doc. 98) is **GRANTED IN PART**. The trial set for August 29, 2012 is **VACATED** and **RESET** for **January 7, 2013 at 9:00 a.m.**

    **IT IS FURTHER ORDERED** the status hearing set for July 6, 2012 is **VACATED.**

    **IT IS FURTHER ORDERED** a telephonic Final Pretrial Conference is set for **December 20, 2012 at 1:30 p.m.** Defense counsel shall arrange a conference call with Plaintiff and then call the Court five minutes prior to the hearing.

/

/

/

1     **IT IS FURTHER ORDERED** the parties shall file a joint statement no later than **August 24, 2012** indicating whether the trial should occur in Fresno or Sacramento.

DATED this 3rd day of July, 2012.

                                                        Roslyn O. Silver
                                          Chief United States District Judge