IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| John Fratus, | | |
| | Plaintiff, | No. CV-08-01500-ROS |
| vs. | | **ORDER** |
| Sergeant Peterson, et al., | | |
| | Defendants. | |
| _____/ | | |

Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has filed a motion for the appointment of counsel (Doc. 94). The court finds that appointment of counsel for plaintiff is warranted and grants the motion. Donald A. Lancaster, Jr., has been selected from the court's pro bono attorney panel to represent plaintiff, and Mr. Lancaster has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Donald A. Lancaster, Jr., is appointed as counsel in the above entitled matter for the limited purpose of preparing for and presenting the case at trial.

2. Donald A. Lancaster, Jr., shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

3. This matter is set to proceed for a three day trial commencing January 7, 2013 at 9:00 a.m. before the undersigned in the Robert E. Coyle Federal Courthouse in Fresno.

1    4. The Clerk of the Court is directed to serve a copy of this order upon Donald A. Lancaster, Jr., The Lancaster Law Group, 29100 Burbank Blvd, 3rd Floor, Woodland Hills, California 91367.

DATED this 5th day of December, 2012.

*Roslyn O. Silver*
Chief United States District Judge