IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus,<br><br>  Plaintiff,<br><br>vs.<br><br>Sergeant Peterson, et al.,<br><br>  Defendants. | No. CV-08-01500-ROS<br><br>**ORDER** |

   On the Court's own motion, based on a calendar conflict,

   IT IS ORDERED the December 20, 2012 telephonic final pretrial conference is VACATED and RESET to **January 3, 2013, at 1:30 p.m.**  Plaintiff's counsel shall arrange a conference call with Defendants' counsel and then dial the Court at 602-322-7520 five minutes prior to the hearing.

   DATED this 5th day of December, 2012.

                                    _____
                                    Roslyn O. Silver
                                    Chief United States District Judge