# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus, | No. CV-08-1500-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| Sergeant Peterson, et al., | |
| Defendants. | |

Plaintiff's request for the appointment of counsel was recently granted. (Doc. 118). Plaintiff has indicated, however, that he wishes to proceed without counsel. The Court will conduct a status conference to discuss the issue.

Accordingly,

**IT IS ORDERED** a telephonic status hearing is set for December 21, 2012 at 12:30 p.m. Arizona time (11:30 a.m. California time). The parties shall call 602-322-7671 five minutes prior to the hearing time.

DATED this 20th day of December, 2012.

Roslyn O. Silver
Chief United States District Judge