

FILED
JAN 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY S. Arellano
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS, | CASE NO. 1:08-cv-01500 ROS (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON JANUARY 9, 2013, AT 8:00 A.M. |
| v. | |
| SERGEANT PETERSON, et al., | |
| Defendants. | |

Plaintiff John Fratus, CDCR Inmate No. V-74577, shall be produced for trial in Courtroom Two, Eighth Floor, United States District Court, 2500 Tulare Street, Fresno, California on Wednesday, January 9, 2013 at 8:00 a.m., and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

DATED: January 8, 2013

ROSLYN O. SILVER
UNITED STATES DISTRICT JUDGE

1