# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br><br>          Plaintiff,<br><br>    v.<br><br>SERGEANT PETERSON, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:08-cv-01500 ROS (PC)<br><br>NOTICE AND ORDER THAT INMATE JOHN FRATUS, CDCR INMATE NO. V-74577, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter concluded on January 9, 2013. Plaintiff John Fratus, CDCR Inmate No. V-74577, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATED:   January 9, 2013

                                          Roslyn O. Silver
                                 Chief United States District Judge