

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

John Fratus

        Plaintiff(s)

vs.

Peterson, Cortez, Hamilton, Luna, Robe

        Defendants.

No. 1:08-cv-01500 ROS

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Donald Lancaster, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on January 7, 2013, by the Honorable Roslyn O. Silver, United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Appearance in Fresno to act as stand-by counsel for trial.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1000.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:08-cv-01500 ROS

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| 450.00 | Hotel-for trial | |
| 289.00 | Mileage-Woodland Hills->Fresno hotel->Court->Woodland Hills | |
| 200.00 | Meals-trial | |
| 36.00 | Parking | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of January, 20 13, at Woodland Hills, California.

_____
Attorney for Plaintiff(s)

The above expenditure is __✓__ Approved   _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 1/30/13

_____
Chief United States District Judge/~~Magistrate~~
Hon. Roslyn O. Silver