UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus,<br>          Plaintiff,<br><br>v.<br><br>Peterson, et al.,<br>          Defendants. | CV-08-1500  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JOHN FRATUS, CDC #  V-74577, PLAINTIFF<br><br>DATE: January 30, 2015<br>TIME:  1:00 p.m. |

        John Fratus, inmate, CDC # V-74577, a necessary and material witness on his own behalf in proceedings in this case on **January 30, 2015**, is confined at California State Prison, Sacramento, 100 Prison Road, Represa, CA 95671, in the custody of the Warden/Sheriff.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in **Courtroom #3, Seventh Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on January 30, 2015, at 1:00 p.m.**

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

        Dated this 12th day of December, 2014.

Honorable Roslyn O. Silver
Senior United States District Judge


WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of California State Prison, Sacramento**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

