IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus,<br><br>    Plaintiff,<br><br>vs.<br><br>Sergeant Peterson, et al.,<br><br>    Defendants. | No. CV-08-1500-ROS<br><br>**ORDER** |

Plaintiff John Fratus has filed three motions. First, Plaintiff requests "court intervention" in the form of ordering his return to the California State Prison-Sacramento and the return of his legal property. Second, Plaintiff seeks an extension of time to allow him to prepare for the upcoming evidentiary hearing. And third, Plaintiff seeks an order directing his previously appointed counsel to continue to assist him in this case. Plaintiff's former counsel seeks an order allowing him to withdraw.

In responding to Plaintiff's first two motions, Defendants indicate Plaintiff has now been returned to California State Prison-Sacramento and has access to his legal property. (Doc. 183). Plaintiff was returned to that location, and regained access to his legal property, on December 24, 2014. Therefore, Plaintiff will have time to prepare for the January 30, 2015 hearing and his first and second motions will be denied. As for Plaintiff's request regarding counsel, the Court previously appointed counsel "for the limited purpose of preparing for and presenting the case at trial." (Doc. 118). With trial complete, that counsel

need not continue to assist Plaintiff. Plaintiff has demonstrated he is able to articulate his claims and, at present, Plaintiff has not demonstrated a strong likelihood of success. Thus, "exceptional circumstances" do not exist requiring the Court appoint counsel. *See Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) ("[A] court may under 'exceptional circumstances' appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1).").

Accordingly,

**IT IS ORDERED** the Motion for Court Intervention (Doc. 181), Motion for 30-Day Extension of Time (Doc. 182), and Motion to Appoint Counsel (Doc. 184) are **DENIED**.

**IT IS FURTHER ORDERED** the Motion to Withdraw as Counsel (Doc. 185) is **GRANTED**.

DATED this 16th day of January, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge