# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus, | No. CV-08-01500-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Sergeant Peterson, et al., | |
| Defendants. | |

Plaintiff seeks an extension of "all current deadlines." The Court recently extended the discovery cutoff date for the limited purpose of allowing Defendants to take Plaintiff's deposition. But the deadline for all other discovery has passed and Plaintiff does not identify any basis for extending those deadlines again. Therefore, Plaintiff's request will be denied. The recently extended deadline for taking Plaintiff's deposition will be extended based on defense counsel's family emergency. The deadline for filing a motion for summary judgment will be extended but for less than Defendants propose.

Plaintiff requests a copy of all docket entries for the 90 days preceding September 8, 2015. The only docket entry during that time period that may have continuing relevance is the Order docketed on September 2, 2015. The Clerk of Court will be directed to send Plaintiff a copy of that Order.

Defense counsel did not file the statement required by the Court's recent order. (Doc. 209). Defense counsel will be required to confer with Plaintiff and file a statement

indicating whether a settlement conference would be helpful.

Finally, the present record indicates a motion for summary judgment would very likely be futile. Therefore, while the Court will not prohibit Defendants from filing such a motion, defense counsel should thoughtfully consider whether a motion is appropriate. Also, given the age of this case, the Court will set a firm trial date. Should Defendants file a motion for summary judgment, the Court may not rule on that motion until the first day of trial. Therefore, Defendants should file the pretrial documents listed below even if a motion for summary judgment is filed.

Accordingly,

**IT IS ORDERED** the Motion for Extension of Time and for Copy of All Docket Entries (Doc. 210) is **GRANTED IN PART** and **DENIED IN PART**. The Clerk of Court shall send a copy of this Order and Doc. 209 to Plaintiff's current address.

**IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 211) is **GRANTED IN PART**. Defendants shall complete Plaintiff's deposition no later than October 30, 2015. Any motion for summary judgment shall be filed no later than November 13, 2015.

**IT IS FURTHER ORDERED** no later than **October 8, 2015**, Defense counsel shall confer with Plaintiff and file a joint statement indicating whether a settlement conference will be helpful.

**IT IS FURTHER ORDERED** trial to a jury is set for **January 26, 2016 at 9:00 a.m**. Estimated length of trial is 2 days to be conducted January 26 and 27, 2016.

**IT IS FURTHER ORDERED** no later than December 4, 2015 the parties shall file their motions in limine. Responses shall be filed no later than December 16, 2015. No replies are allowed.

**IT IS FURTHER ORDERED** no later than December 4, 2015 the parties shall file their Joint Proposed Pretrial Order using the form available on the Court's website, a stipulated proposed statement of the case to be read to the jurors at the start of the case, a set of joint proposed jury instructions, proposed voir dire questions, and a joint verdict

form.

**IT IS FURTHER ORDERED** the joint proposed jury instructions shall consist of: a *joint* set of proposed jury instructions where the parties' instructions agree, a separate set of instructions (one for each party) where the parties do not agree, and legal authority supporting all proposed instructions whether the parties agree or not.

Dated this 28th day of September, 2015.

                                     Honorable Roslyn O. Silver
                                     Senior United States District Judge