UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRATUS,<br>  Plaintiff,<br><br>v.<br><br>SERGEANT PETERSON, et al,<br>  Defendant. | 1:08-cv-01500-ROS (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR A TELEPHONIC STATUS CONFERENCE<br><br>**JOHN FRATUS, CDCR # V-74577, PLAINTIFF**<br><br>DATE: December 10, 2015<br>TIME: 10:00 a.m. (Arizona Time) a.m.<br>(**Telephonic**) |

John Fratus, inmate, CDC # V-74577, a necessary and material witness for proceedings in this case on December 10, 2015, is confined at California State Prison, Sacramento (SAC), 100 Prison Road, Represa, CA 95671, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for a Telephonic Status Conference on December 10, 2015, at 10:00 a.m. (Arizona Time)

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify at the time and place above.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

Dated this 3rd day of December, 2015.

Honorable Roslyn O. Silver
Senior United States District Judge


**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Sacramento (SAC)**

**WE COMMAND** you to produce the inmate named above to testify Telephonically before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

