# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Fratus, | No. CV-08-01500-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Sergeant Peterson, et al., | |
| Defendants. | |

    Pursuant to the parties' stipulation for dismissal (Doc. 236), and good cause appearing,

    **IT IS ORDERED** this case is dismissed with prejudice, the parties to bear their own attorneys' fees, costs and expenses.

    Dated this 5th day of January, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge